**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 234 MAL 2022
:
          Respondent :
:
           : Petition for Allowance of Appeal
           : from the Order of the Superior Court
          v. :
:
:
JEROME DOLNEY, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.